# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: WITTENAUER, RONALD E | § | Case No. 11-80368 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/24/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/16/2011        By:   /s/BRADLEY J. WALLER
                                         Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: WITTENAUER, RONALD E | § | Case No. 11-80368 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,700.06 |
| *and approved disbursements of* | $ | 2,024.89 |
| *leaving a balance on hand of* [1] | $ | 4,675.17 |
| **Balance on hand:** | $ | 4,675.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,675.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,420.01 | 0.00 | 1,420.01 |
| Trustee, Expenses - BRADLEY J. WALLER | 90.70 | 0.00 | 90.70 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,510.71 |
| Remaining balance: | $ | 3,164.46 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00
Remaining balance:  $    3,164.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $        0.00
Remaining balance:  $    3,164.46

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,654.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Patterson Truck Repairs | 7,822.47 | 0.00 | 657.40 |
| 3 | Capital One Bank (USA), N.A. | 1,872.70 | 0.00 | 157.38 |
| 4 | Chase Bank USA, N.A. | 10,821.36 | 0.00 | 909.43 |
| 5 | Chase Bank USA, N.A. | 4,717.85 | 0.00 | 396.49 |
| 6 | Wild Rose | 4,350.00 | 0.00 | 365.58 |
| 7 | Jefferson Capital Systems LLC | 5,220.05 | 0.00 | 438.70 |
| 8 | CNH Capital America LLC | 2,849.60 | 0.00 | 239.48 |

Total to be paid for timely general unsecured claims:  $    3,164.46
Remaining balance:  $        0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 18,517.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | RRCA | 18,517.86 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-80368-MB
Ronald E Wittenauer                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 1               Date Rcvd: Sep 30, 2011
                              Form ID: pdf006             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2011.
```
db          +Ronald E Wittenauer,    1844 Center St.,    PO Box 15,    Lee Center, IL 61331-0015
16736409    +Ag. View FS, Inc.,    c/o Angel Isaacson & Tracy,    111 Park Ave E #A,    Princeton, IL 61356-2184
16736410     Allied Business Accounts, Inc,    300 1/2 South Second Street,    PO Box 1600,
              Clinton, IA 52733-1600
16736411     Aspire,   PO Box 790317,    Saint Louis, MO 63179-0317
16736412     Att Angel Isaacson & Tracy,    111 Park Ave E #A,    Princeton, IL 61356-2184
16736414     CHASE CREDIT CARD,    PO BOX 15153,   Wilmington, DE 19850-5153
16736415    +CNH Capital,    PO Box 1083,    Evansville, IN 47706-1083
17658627    +CNH Capital America LLC,    PO Box 3600,    Lancaster, PA 17604-3600
16736413     Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
17360042     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
17411667     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16736416     Collections Professionals, INC.,    723 First St.,    La Salle, IL 61301-2535
16736418    +Global,    PO Box 71083,    Charlotte, NC 28272-1083
16736419    +HF Gehant Bank,    2514 Johnson St,    West Brooklyn, IL 61378-9702
16736420    +Hospital Radiology Services,,    8 West US Hwy 6,    Peru, IL 61354-2943
17442007    +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999,    Orig By: ASPIRE CARD
16736421    +KSB HOSPITAL,    403 E FIRST ST.,   Dixon, IL 61021-3187
16736423     Lee Smith,    1721 Pine Hill Rd,    Franklin Grove, IL 61031
16736422    +Lee Smith,    1726 Pine Hill Rd,    Franklin Grove, IL 61031-9782
16736424     National Bank and Trust,    230 W. State St.,    Sycamore, IL 60178-1489
16736425    +Patterson Truck Repairs,    c/o Collection Professional, INC,    723 First St.,
              La Salle, IL 61301-2535
16736426    +Peabudy's Inc.,    2900 Polo Rd,    PO Box 443,    Sterling, IL 61081-0443
16736427    +RRCA,    201 E 3rd St,   Sterling, IL 61081-3611
16736428    +WG Leffelman & Sons,    340 Metcalf,    Amboy, IL 61310-1119
16736429    +Wild Rose,    c/o Allied Busines Accounts, Inc,    300 1/2 S 2nd St., PO Box 1600,
              Clinton, IA 52733-1600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16736417     +E-mail/PDF: recoverybankruptcy@afninet.com Oct 01 2011 04:20:00     Frontier North Inc,
              c/o AFNI,   404 Brock Dr., PO B3517,    Bloomington, IL 61701-2654
                                                                                             TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 02, 2011**                    **Signature:**     _/s/ Joseph Speetjens_